# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 4, 2024

Lyle W. Cayce
Clerk

No. 24-40188
Summary Calendar

———————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Jacobie Travinski Johnson,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:22-CR-172-1

———————————————————————

Before Wiener, Ho, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

Jacobie Travinski Johnson appeals the sentence imposed following his conviction by the district court of knowingly and fraudulently concealing assets during a bankruptcy proceeding. He contends that the district court clearly erred by applying an offense-level adjustment for "substantial interference with the administration of justice." U.S.S.G. § 2J1.3(b)(2).

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-40188

Insofar as Johnson argues that the district court failed to provide adequate reasons for the upward variance sentence, we decline to consider this argument because it was raised for the first time in his reply brief. *See United States v. Aguirre-Villa*, 460 F.3d 681, 683 n.2 (5th Cir. 2006).

Even if we assume that the district court procedurally erred by applying the § 2J1.3(d)(2) adjustment, the Government has satisfied its burden of showing that any error would be harmless. *See United States v. Guzman-Rendon*, 864 F.3d 409, 411 (5th Cir. 2017). The Government convincingly demonstrated that the district court would have imposed the same sentence absent the alleged error for the same reasons that it provided at resentencing. *See id.* The judgment of the district court is AFFIRMED.